UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

KENNETH R. DONCHATZ,

                                Plaintiff,

v.

HSBC BANK USA, N.A., HSBC MORTGAGE
SERVICES, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., MERS, INC.,
MERSCORP HOLDINGS, INTERVALE
MORTGAGE CORPORATION, CHRISTOPHER
RIBBECK, *et al.*,

                                Defendants.
_____

**NOTICE OF MOTION**

Civ. Action No.: 1:14-CV-00194-JTC

PLEASE TAKE NOTICE that, upon the declaration of Preston L. Zarlock, Esq., dated May 30, 2014, with exhibits attached thereto, and the accompanying memorandum of law dated May 30, 2014, defendants HSBC Bank USA, N.A., HSBC Mortgage Services Inc. (incorrectly sued herein as "HSBC Mortgage Services") ("HMSI"), Mortgage Electronic Registration Systems, Inc. (also incorrectly sued herein as "MERS, Inc."), MERSCORP Holdings, Inc. (incorrectly sued herein as "MERSCORP Holdings"), and Christopher Ribbeck ("Ribbeck") (collectively, "HSBC/MERS Defendants") will move this Court before the Hon. John T. Curtin, Senior United States District Judge, at the United States Courthouse, 2 Niagara Square, in Buffalo, New York, at such time and date as the Court shall direct, for an order:

    1.    Granting HSBC/MERS Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6); and

    2.    Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that Defendants state their intention to

submit reply papers in support of this Motion in accordance with Local Rule 7(a)(1).

Dated:  Buffalo, New York
        May 30, 2014

                PHILLIPS LYTLE LLP

                By   /s/ Preston L. Zarlock
                       Preston L. Zarlock, Esq.
                       John A. Mosychuk, Esq.
                *Attorneys for Defendants*
                One Canalside
                125 Main Street HSBC Center
                Buffalo, New York 14203
                Telephone: (716) 847-8400
                Email: pzarlock@phillipslytle.com

TO:    David Michael Stillwell, Esq.
        ANSPACH, MEEKS, ELLENBERGER, LLP
        *Attorneys for Plaintiff*
        Main Place Tower
        Suite 2400
        Buffalo, New York 14202-3724
        Telephone: (716) 856-5012
        Fax: (716) 852-2485
        Email: dstillwell@anspachlaw.com

CC:    Christopher J. Belter, Esq.
        GOLDBERG SEGALLA LLP
        *Attorneys for Defendants Darryl Gormley and Michael Wiery*
        665 Main Street
        Suite 400
        Buffalo, New York 14203
        Telephone: (716) 566-5400
        Fax: (716) 566-5401
        Email: cbelter@goldbergsegalla.com

Doc #01-2779291.2