AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

───WESTERN DISTRICT OF NEW YORK───

| | |
|---|---|
| Kenneth R. Donchatz | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 1:14-CV-194C |
| v. | |
| HSBC Bank USA, N.A. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendants' motions to dismiss are granted in their entirety and the complaint is dismissed with prejudice.

| | |
|---|---|
| Date: March 2, 2015 | MICHAEL J. ROEMER, CLERK |
| | |
| | By:   s/Deborah M. Zeeb |
| | Deputy Clerk |